IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHIMI, | No. C 08-4712 MEJ |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING HEARING RE DOCKET #13** |
| NATIONAL RAILROAD PASSENGER CORP., et al., | |
| Defendant(s). | |

This matter is currently scheduled for a hearing on May 14, 2009 regarding Plaintiff's Motion for Relief from the California Government Tort Claim Filing Requirements. (Dkt. #13.) Due to the undersigned's unavailability, the Court hereby CONTINUES the hearing to June 4, 2009 at 10:00 a.m. in Courtroom B.

**IT IS SO ORDERED.**

Dated: May 4, 2009

MARIA-ELENA JAMES
United States Magistrate Judge