1  STEVEN A. FABBRO, ESQ. SBN 107973
   LAW OFFICES OF STEVEN A. FABBRO
2  101 Montgomery Street, 27th Floor
   San Francisco, CA  94104
3  Telephone: (415) 391-6850
   Facsimile: (415) 391-6856
4
   Attorney for Plaintiff:
5  ABDUL RAHIMI, NAJIBA RAHIMI

6
                    UNITED STATES DISTRICT COURT
7
                    NORTHERN DISTRICT OF CALIFORNIA
8

9  ABDUL RAHIMI, NAJIBA RAHIMI,         )   Case No. 3:08-CV-4712-MEJ
10                                      )
                                        )
11          Plaintiff,                  )   STIPULATION AND (PROPOSED) ORDER
                                        )   TO CONTINUE
12     vs.                              )   PLAINTIFF'S MOTION FOR RELIEF
                                        )   FROM THE CALIFORNIA
13 NATIONAL RAILROAD PASSENGER          )   GOVERNMENT TORT CLAIM FILING
   CORPORATION, ("AMTRAK"), UNION       )   REQUIREMENTS
14 PACIFIC RAILROAD, HAYWARD            )
   UNIFIED SCHOOL DISTRICT, and DOES 1  )   Date:  June 4, 2009
15 to 100,                              )   Time:  10:00 A.M.
                                        )   Dept.: Courtroom B, 15th Floor
16          Defendants.                 )   Judge: Magistrate Judge Maria-Elena James

17

18      IT IS HEREBY STIPULATED by and between Plaintiffs Abdul Rahimi and Najiba Rahimi

19 and Defendants National Railroad Passenger Corporation ("AMTRAK"), Union Pacific Railroad,

20 and Hayward Unified School District through their designated counsel in the above-captioned that

21 Plaintiffs' Motion for Relief From the California Government Tort Claim Filing Requirements is

22 continued from June 4, 2009 to June 25, 2009.

23

24

25

05/28/2009 12:13 FAX 415 391 6856    STEVEN A FABBRO                              ☒003/007

| | | |
|---|---|---|
| 1 | DATED: May 29, 2009 | LAW OFFICES OF STEVEN A. FABBRO |
| 2 | | |
| 3 | | By: _/s/ Steven A. Fabbro_ |
| 4 | | STEVEN A. FABBRO, ESQ. (SBN 107973) Attorneys for Plaintiffs ABDUL RAHIMI, NAJIBA RAHIMI |
| 5 | | |
| 6 | DATED: May ___, 2009 | LOMBARDI, LOPER & CONANT, LLP |
| 7 | | |
| 8 | | By: _/s/_ |
| 9 | | B. CLYDE HUTCHINSON, ESQ. Attorneys for Defendants, NATIONAL RAILROAD PASSENGER CORPORATION ("AMTRAK") and UNION PACIFIC RAILROAD COMPANY |
| 10 | | |
| 11 | | |
| 12 | DATED: May ___, 2009 | LAPLANTE SPINELLI DONALD NOTT |
| 13 | | |
| 14 | | |
| 15 | | By: _____ DOMENIC D. SPINELLI, ESQ. Attorneys for Defendants, HAYWARD UNIFIED SCHOOL DISTRICT |
| 16 | | |
| 17 | IT IS SO ORDERED. | |
| 18 | | IT IS SO ORDERED |
| 19 | Dated: June 1, 2009 | By: Judge Maria-Elena James |
| 20 | | HON. MARIA-ELENA JAMES |

STIPULATION AND (PROPOSED) ORDER TO CONTINUE PLAINTIFF'S MOTION FOR RELIEF FROM THE CALIFORNIA GOVERNMENT TORT CLAIM FILING REQUIREMENTS                                                2

# LAPLANTE . SPINELLI . DONALD . NOTT
*a professional corporation*

John M. Laplante
Domenic D. Spinelli
J. Scott Donald
Ross R. Nott
Teresa Abad Levenfeld
Stephanie D. Rice
Alison F. Wessel
Darren S. Nakashima
Monica M. Espejo

815 S Street, Second Floor
Sacramento, California 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

June 1, 2009

**Via Facsimile and First Class Mail**
**(415) 391-6856**

Steven A. Fabbro, Esq.
Law Offices of Steven A. Fabbro
101 Montgomery Street, 27th Floor
San Francisco, CA 94104

Re: *Rahimi v. Hayward Unified School District*

Dear Mr. Fabbro:

I saw your faxed Stipulation to change the hearing date over the weekend as I was out of town on Friday. Your Declaration, specifically paragraph 6, has some inaccuracies. I assume that the date for final pre-trial is for next year and not March 4, 2009. Additionally, my client has yet to appear or to be properly brought into this case, so it is not part of the ADR nor it has it selected a mediator and obviously is not participating in the ADR session on July 15, 2009.

Is there anyone in your office that can attend this hearing on June 4, 2009?

We have not received, nor have we seen on the court's web site, that your office filed any Reply. Should we agree to the continuance, it is contingent that no Reply will be filed as the time frame for filing such has expired.

Steven A. Fabbro, Esq.
RE: Rahimi v. Hayward Unified School District
June 1, 2009
Page 2

Please confirm as soon as possible either with myself or my assistant, Laurie Sowards.

Very truly yours,

LAPLANTE, SPINELLI, DONALD & NOTT

By /s/ Domenic D. Spinelli
Domenic D. Spinelli

DDS:ls
cc: Clyde Hutchinson, Esq.(Via facsimile to 510.433.2699 and First Class Mail)