UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ABDUL RAHIMI,<br><br>　　　　　　Plaintiff(s),<br>　v.<br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>　　　　　　Defendant(s).<br>_____/ | No. C 08-04712 MEJ<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS** |

Before the Court is Defendant Hayward Unified School District's Motion to Dismiss and Request for Sanctions. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter suitable for decision without oral argument and hereby VACATES the August 27, 2009 hearing. Having received no opposition from the plaintiffs, the Court hereby GRANTS Defendant's motion and DISMISSES Defendant Hayward Unified School District for the reasons stated in Defendant's motion.

As to Defendant's request for sanctions, the Court shall not award sanctions at this time. However, the Court notes that Plaintiffs' counsel failed to sign or respond to defense counsel's stipulation to dismiss per the Court's June 30, 2009 Order. Had Plaintiffs' counsel signed the stipulation, Defendant would not have been forced to incur further legal fees associated with filing its motion, and the Court would not have had to take time away from other pending cases to consider it. Accordingly, the Court hereby warns Plaintiff's counsel that, should a request for sanctions against Plaintiffs or their counsel be brought before the Court again, the Court is likely to impose the requested sanctions if good cause exists.

**IT IS SO ORDERED.**

Dated: August 14, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge