1  B. CLYDE HUTCHINSON, State Bar No. 037526
   bch@llcllp.com
2  LIZA SIU MENDOZA, State Bar No. 242493
   lsiumendoza@llcllp.com
3  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
4  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
5  Telephone:    (510) 433-2600
   Facsimile:    (510) 433-2699

6  Attorneys for Defendants
7  NATIONAL RAILROAD PASSENGER
   CORPORATION and UNION PACIFIC
8  RAILROAD COMPANY

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

| ABDUL RAHIMI, NAJIBA RAHIMI, | Case No.  3:08-cv-4712 MEJ |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION AND UNION PACIFIC RAILROAD** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak"), UNION PACIFIC RAILROAD, HAYWARD UNIFIED SCHOOL DISTRICT, DOES 1 TO 100, | |
| Defendants. | |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1  IT IS HEREBY STIPULATED by and between Plaintiffs ABDUL RAHIMI and NAJIBA
2  RAHIMI and Defendants NATIONAL RAILROAD PASSENGER CORPORATION ("Amtrak")
3  and UNION PACIFIC RAILROAD, through their designated counsel, that the above-captioned
4  action be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each party
5  agrees to bear their own fees and costs.

6  Dated: September 30, 2009          LAW OFFICES OF STEVEN A. FABBRO

8                                     By:    /s/ Steven A. Fabbro
                                             STEVEN A. FABBRO
9                                            Attorney for Plaintiffs
                                             ADBUL RAHIMI and NAJIBA RAHIMI

12 Dated: October 1, 2009             LOMBARDI, LOPER & CONANT

14                                    By:    /s/ Liza Siu Mendoza
                                             Liza Siu Mendoza
15                                           Attorneys for Defendants
                                             NATIONAL RAILROAD PASSENGER
16                                           CORPORATION and UNION PACIFIC
                                             RAILROAD COMPANY

17  The Clerk of Court shall close the file.

18  IT IS SO ORDERED:

19  DATED: October 1, 2009

                                      _____
                                      HONORABLE MARIA-ELENA JAMES
                                      UNITED STATES MAGISTRATE JUDGE

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541